```
                                                              FILED

                                                           DEC 13 2005
         IN THE UNITED STATES BANKRUPTCY COURT
                                                     U.S. BANKRUPTCY COURT
              FOR THE DISTRICT OF ARIZONA           FOR THE DISTRICT OF ARIZONA
```

| | |
|---|---|
| In re: ) | Chapter 13 |
| ) | |
| MARISOL C. LOPEZ ) | No. 4-04-bk-00002-JMM |
| ) | |
|           Debtor. ) | Adversary No. 4-05-ap-00190-JMM |
| ) | |
| SANDRA MINJAREZ, ) | **MEMORANDUM DECISION** |
| ) | |
|           Plaintiff, ) | (Opinion to Post) |
| vs. ) | |
| ) | |
| MARISOL C. LOPEZ, ) | |
| ) | |
|           Defendant. ) | |

       The Debtor filed a chapter 13 proceeding on January 2, 2004. Two months later, she rented a home from Sandra Minjarez. Thinking she also had a sale contract, Debtor tendered a $5,000 down payment over time.

       However, the Debtor also became delinquent on her rental payments, over a nine-month period, of $8,449.02.

       The court determined that there never was a binding sale contract relative to the real property. Thus, the legal issue is: Who gets the $5,000?

       The court finds a valid right to an offset exists, and that Sandra Minjarez may retain it in reduction of her post-petition rental payments. This post-petition obligation to make rental payments is not an item that is included, or includable, within a chapter 13 plan. It simply becomes a Schedule J expense item that the Trustee uses to measure a plan's feasibility. An asset was not created which can be used to satisfy plan obligations.

h:\wp\orders\

Therefore, the landlord, Sandra Minjarez, may apply that $5,000 payment toward repayment of her unpaid rent.

A separate judgment will be entered.

DATED: December 13, 2005.

*[signature]*
JAMES M. MARLAR
UNITED STATES BANKRUPTCY JUDGE

COPIES served as indicated below this 13 day of December, 2005, upon:

Dean Loren Axelrod
Law Office of Dean Axelrod, PLC
2730 E. Broadway, #160
Tucson, AZ 85716
Email: dean.axelrod@azbar.org

Eric Ollason
182 N. Court Ave.
Tucson, AZ 85701
Email eollason@182court.com

George D. Carroll
252 W. Ina Rd., Suite 203
Tucson, AZ 85704-0001
Email gdcarroll@dcktrustee.com
Attorney for Chapter 13 Trustee

Dianne C. Kerns
7320 N. La Cholla #154
PMB 413
Tucson, AZ 85741-2305
Email andrea.hopkins@dcktrustee.com
Chapter 13 Trustee

Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706
U.S. Mail

By *[signature]* MB Thompson
Judicial Assistant